# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

August 25, 2006

Before

**Hon.** JOHN L. COFFEY, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** TERENCE T. EVANS, Circuit Judge

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY and GMB, INC., <br> *Plaintiffs-Appellees,* <br><br> **No.** 05-1456  **v.** <br><br> CIGARETTES CHEAPER!, <br> *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 99 C 1174 <br> Charles P. Kocoras, *Judge.* |

**Order**

This court's opinion issued on August 24, 2006, is amended as follows:

Page 9, line 23, "about Vons hopes" should be changed to "about Vons's hopes".